## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Mariah Smith, et al.

                                  Plaintiff,

v.                                                  Case No.: 1:19–cv–05148
                                                  Honorable Sara L. Ellis

Advocate Health Care Network

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 28, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone motion hearing held. Motion for settlement [96] is moot. Motion for attorney fees [98] is granted. Motion for leave to file [100] is granted. Motion for settlement [101] is granted. [Enter Final Approval Order]. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.